IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID RYAN WALKER,                          *

                Plaintiff,      *

v.                                                              *          Case No.  5:24-cv-00401-MTT-ALS

                                                                  *

WARDEN JEFFRIES, et al,                     *

              Defendant.       *

_____          *

## J U D G M E N T

      Pursuant to this Court's Order dated 5/27/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action without prejudice.

      This 28th day of May, 2025.

                      David W. Bunt, Clerk


                      s/ Raven K. Alston, Deputy Clerk